[Nos. 27334-9-II; 28224-1-II.   Division Two.   April 9, 2003.]

THE TOWN OF SOUTH PRAIRIE, *Appellant*, v. DWIGHT PARTIN, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 00-2-05842-5, Brian M. Tollefson, J., entered April 13, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27454-0-II.   Division Two.   April 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KIMBERLY FLORA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01598-4, Edwin L. Poyfair, J., entered June 7, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 27822-7-II.   Division Two.   April 9, 2003.]

FRED HUENEKA, *Appellant*, v. EUGENE HAMMERMASTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10984-3, Marywave Van Deren, J., entered September 7, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27937-1-II.   Division Two.   April 9, 2003.]

ROBERT TAN, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-13908-0, Thomas Felnagle, J., entered October 2, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.